P.S. Fin., LLC v Eureka Woodworks, Inc. (2023 NY Slip Op 00878)

P.S. Fin., LLC v Eureka Woodworks, Inc.

2023 NY Slip Op 00878

Decided on February 15, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 15, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LINDA CHRISTOPHER
WILLIAM G. FORD
BARRY E. WARHIT, JJ.

2019-13095
 (Index No. 150833/17)

[*1]P.S. Finance, LLC, etc., respondent,
v
Eureka Woodworks, Inc., defendant, Parker Law Firm, Ltd., et al., appellants.

Richard A. Rosenzweig, Staten Island, NY, for appellants.
Raul J. Sloezen, Yonkers, NY, for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for breach of contract, commenced by motion for summary judgment in lieu of complaint pursuant to CPLR 3213, the defendants Parker Law Firm, Ltd., and Tim S. Parker appeal from an order of the Supreme Court, Richmond County (Orlando Marrazzo, Jr., J.), dated November 8, 2019. The order denied the motion of the defendants Parker Law Firm, Ltd., and Tim S. Parker for leave to reargue those defendants' prior motion pursuant to CPLR 3211(a)(8) to dismiss the action insofar as asserted against them for lack of personal jurisdiction, and those branches of the prior cross-motion of the defendants and nonparty Harry Wilk which were for summary judgment dismissing the action insofar as asserted against the defendants Parker Law Firm, Ltd., and Tim S. Parker or, in the alternative, to dismiss the action insofar as asserted against the defendants Parker Law Firm, Ltd., and Tim S. Parker for lack of personal jurisdiction, which had been, in effect, denied, as academic, in an order of the same court dated December 14, 2017, and to vacate so much of the order dated December 14, 2017, as, sua sponte, directed the defendants Parker Law Firm, Ltd., and Tim S. Parker to arbitrate the claims against them. Justice Warhit has been substituted for former Justice Roman (see 22 NYCRR 1250.1[b]).
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from so much of the order dated November 8, 2019, as denied that branch of the motion of the defendants Parker Law Firm, Ltd., and Tim S. Parker (hereinafter together the attorney defendants) which was pursuant to CPLR 2221 for leave to reargue must be dismissed, as no appeal lies from an order denying reargument (see Doctors for Surgery, PLLC v Aristide, 192 AD3d 991, 991). The appeal from so much of the order dated November 8, 2019, as denied that branch of the attorney defendants' motion which was to vacate so much of an order of the same court dated December 14, 2017, as, sua sponte, directed them to arbitrate the claims against them must be dismissed as academic in light of our determination in a related appeal from the order dated December 14, 2017 (see P.S. Finance, LLC v Eureka Woodworks, Inc, _____ AD3d _____ [Appellate Division Docket No. 2019-08723; decided herewith]).
CONNOLLY, J.P., CHRISTOPHER, FORD and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court